

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2019

No. 04-18-00714-CV

**ESTATE OF JOANNE COOKSEY FRIEND, DECEASED,**

From the County Court, Uvalde County, Texas
Trial Court No. 6904-16
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file her brief is granted. We order appellee's brief due May 15, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court